IN THE COURT OF CRIMINAL APPEALS


OF TEXAS






NO. PD-1643-11


 NO. PD-1644-11

 NO. PD-1645-11





JASON DEWARD DADE, Appellant



v.



THE STATE OF TEXAS





ON APPELLANT'S PETITION FOR DISCRETIONARY REVIEW


FROM THE FIFTH COURT OF APPEALS


DALLAS COUNTY





 Per curiam. Keasler and HERVEY, JJ., dissent.


ORDER 



 The petitions for discretionary review violate Rules of Appellate Procedure
9.3(b) & 68.4(i) because the original petitions are not accompanied by 11 copies and they do
not contain the opinion of the court of appeals.

 The petitions are struck. See Rule of Appellate Procedure 68.6.

 The petitioner may redraw the petitions. The redrawn petitions and copies
must be filed in the Court of Criminal Appeals within thirty days after the date of this order.

 

Filed April 18, 2012

Do not publish